**LOCAL BANKRUPTCY FORM NO. 5**
**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

|  |  |  |
|---|---|---|
| Ronald S. McAdams | ) | Bankruptcy No.  14-70275 JAD |
| Debtor | ) | Chapter 13 |
| Ronald S. McAdams | ) |  |
| Movant | ) | Document No. |
| vs. | ) |  |
| No Respondents | ) |  |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

   _X_    Voluntary Petition.  *Specify reason for amendment*.
**The debtor was part of a class action law suit and received a settlement which is reflected on Amended Schedules B and C.**
   \_\_\_\_\_    <u>Official Form 6 Schedules</u> (Itemization of Changes Must be Specified)
   \_\_\_\_\_    Summary of Schedules
   \_\_\_\_\_    Schedule A – Real Property
   \_\_X\_\_   Schedule B -  Personal Property  **Attached is Amended Schedule B.**
   \_\_X\_   Schedule C – Property Claimed as Exempt  **Attached is Amended Schedule C.**
   \_\_\_\_\_    Schedule D – Creditors holding Secured Claims
          Check one:
              \_\_\_\_\_ Creditor(s) added
              \_\_\_\_\_ NO creditor(s) added
              \_\_\_\_\_ Creditor(s) deleted
   \_\_\_\_\_   Schedule E – Creditors Holding Unsecured Priority Claims
          Check one:
              \_\_\_\_\_ Creditor(s) added
              \_\_\_\_\_ NO creditor(s) added
              \_\_\_\_\_ Creditor(s) deleted
   \_\_\_\_   Schedule F – Creditors Holding Unsecured Nonpriority Claims
          Check one:
            \_\_\_ Creditor(s) added creditor(s)
            \_\_\_\_ NO creditors added
            \_\_\_\_ Creditor(s) deleted
   \_\_\_\_\_   Schedule G – Executory Contracts and Unexpired Leases
          Check one:
             \_\_\_\_\_ Creditor(s) added
             \_\_\_\_\_ NO creditor(s) added

\_\_\_\_\_ Creditor(s) deleted
\_\_\_\_ Schedule H – Codebtors
\_\_\_ Schedule I -   Current Income of Individual Debtor(s)
\_\_\_\_ Schedule J-    Current Expenditures of Individual Debtor(s
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: Form B22A

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case and to entities affected by the amendment as follows:

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Date: <u>November 17, 2017</u>

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I.D. No. 31244
kenny.steinberg@steidl-steinberg.com

B6B (Official Form 6B) (12/07)

In re **Ronald S. McAdams**, Case No. **14-70275**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with S&T Bank, joint with wife** | **J** | **50.00** |
| | | **Checking account with PNC Bank, joint with wife** | **J** | **700.00** |
| | | **Savings account with S&T Bank, joint with daughter** | **J** | **0.00** |
| | | **Checking account with S&T Bank, joint with daughter** | **J** | **50.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Located at home residence; 3 bedroom sets, , livingroom set, kitchen table and chairs, hutch, computer, 4 tvs, 2 dvd players, computer, all major household appliances** | **J** | **3,900.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Located at home residnece; clothing** | - | **315.00** |
| 7. Furs and jewelry. | | **Located at home residence; wedding band** | - | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy with employer with no cash value** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **5,535.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Ronald S. McAdams**, Case No. **14-70275**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Debtor's 401K with UTZ Profit Sharing** | - | 42,924.00 |
| | | **Debtor's pension with Western Pennsylvania Teamsters. Debtor will receive $377.50 upon normal retirement age.** | - | 378.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **43,302.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Ronald S. McAdams**, Case No. **14-70275**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Located at home residence; 2012 Rav 4 with 36,000 miles. The market value is based on Kelly Blue Book private party value.** | J | 17,044.00 |
| | | **Located at home residence; 2003 Ford Escort with 76,000 miles.** | - | 1,000.00 |
| | | **Located at daughter's home residence; 2002 Toyota Camry with 115,000 miles. This vehicle is joint between the debtor and his daughter. The daughter is in posession of the vehicle and makes all of the monthly payments. The market value is $4,514.00 and the debtor's share of equity is $402.50. Not to be part of the Chapter 13 Plan.** | J | 2,257.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total > **20,301.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ronald S. McAdams**                                       ,   Case No.  **14-70275**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **The debtor received a settlement from State Farm Insurance for a hit and run car accirdent that occured August 2013. The debtor did not have special counsel. The insurance company settled the claim for $6,500.00.** | - | **6,500.00** |
| | | **The debtor received a settlement from a class action lawsuit for alleged unpaid wages. the debtor was not origanlly part of the class action suit. The debtor did not retain an attorney for this law suit. The settlement was issued to all employees of the company. Debtor received $2,505.65 and after taxes the debtor received $2,058.13.** | - | **2,058.13** |

|  | Sub-Total > (Total of this page) | **8,558.13** |
|---|---|---|
|  | Total > | **77,696.13** |

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Ronald S. McAdams**, Case No. **14-70275**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ☒ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Real estate located at 113 W. Brown Street, Blairsville, PA, this property is owned jointly by the debtor and his wife as tenants by the entireties. The market value is based on a Comparative Market Analysis dated March 31, 2014. The marekt value is $83,500.00 and the debtor's share of equity is $3,627.50. | 11 U.S.C. § 522(d)(1) | 3,627.50 | 83,500.00 |
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with S&T Bank, joint with wife | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Checking account with PNC Bank, joint with wife | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| Checking account with S&T Bank, joint with daughter | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| Located at home residence; 3 bedroom sets, , livingroom set, kitchen table and chairs, hutch, computer, 4 tvs, 2 dvd players, computer, all major household appliances | 11 U.S.C. § 522(d)(3) | 3,900.00 | 3,900.00 |
| **Wearing Apparel** | | | |
| Located at home residnece; clothing | 11 U.S.C. § 522(d)(3) | 315.00 | 315.00 |
| **Furs and Jewelry** | | | |
| Located at home residence; wedding band | 11 U.S.C. § 522(d)(4) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Debtor's 401K with UTZ Profit Sharing | 11 U.S.C. § 522(d)(12) | 42,924.00 | 42,924.00 |
| Debtor's pension with Western Pennsylvania Teamsters. Debtor will receive $377.50 upon normal retirement age. | 11 U.S.C. § 522(d)(12) | 378.00 | 378.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Located at home residence; 2003 Ford Escort with 76,000 miles. | 11 U.S.C. § 522(d)(2) | 1,000.00 | 1,000.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Ronald S. McAdams**, Case No. **14-70275**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Located at daughter's home residence; 2002 Toyota Camry with 115,000 miles. This vehicle is joint between the debtor and his daughter. The daughter is in posession of the vehicle and makes all of the monthly payments. The market value is $4,514.00 and the debtor's share of equity is $402.50.<br>Not to be part of the Chapter 13 Plan. | 11 U.S.C. § 522(d)(5) | 402.50 | 4,514.00 |
| **Other Personal Property of Any Kind Not Already Listed**<br>The debtor received a settlement from State Farm Insurance for a hit and run car accirdent that occured August 2013. The debtor did not have special counsel. The insurance company settled the claim for $6,500.00. | 11 U.S.C. § 522(d)(5) | 6,500.00 | 6,500.00 |
| The debtor received a settlement from a class action lawsuit for alleged unpaid wages. the debtor was not origanlly part of the class action suit. The debtor did not retain an attorney for this law suit. The settlement was issued to all employees of the company. Debtor received $2,505.65 and after taxes the debtor received $2,058.13. | 11 U.S.C. § 522(d)(5) | 2,058.13 | 2,058.13 |
| | Total: | 62,425.13 | 146,409.13 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt