# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RONALD S. MCADAMS<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>RONALD S. MCADAMS<br><br>Respondents | Bankruptcy No.14-70275-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 66 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 24th day of April, 2019, it is hereby ORDERED, ADJUDGED and DECREED that,

Utz Quality Foods Incorporated
Attn: Payroll Manager
700 High St
Hanover, PA 17331

is hereby ordered to immediately terminate the attachment of the wages of RONALD S. MCADAMS, social security number XXX-XX-1756. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RONALD S. MCADAMS.

BY THE COURT:

_____
JEFFERY A. DELLER    mas
UNITED STATES BANKRUPTCY JUDGE

FILED
4/24/19 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 14-70275-JAD
Ronald S. McAdams                                                       Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: msch               Page 1 of 1             Date Rcvd: Apr 24, 2019
                              Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db             +Ronald S. McAdams,    113 W. Brown Street,    Blairsville, PA 15717-1406
               +Utz Quality Foods Incorporated,    Attn: Payroll Manager,    700 High Street,
                 Hanover, PA 17331-1711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    State Farm Bank F.S.B. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Ronald S. McAdams julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9