**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald S. McAdams**
Debtor(s)

Bankruptcy Case No.: 14−70275−JAD
Doc. No. 72
Chapter: 13
Docket No.: 73 − 72

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/21/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/28/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/21/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 14-70275-JAD
Ronald S. McAdams                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch               Page 1 of 2          Date Rcvd: May 28, 2019
                              Form ID: 408             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Ronald S. McAdams,    113 W. Brown Street,   Blairsville, PA 15717-1406
13840867       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services,     PO Box 15019,    Wilmington, DE 19886-5019)
13840864       +Bank Card Services,    PO Box 84049,    Columbus, GA 31908-4049
13840865        Chase Card Service,    Card Member Services,    P. O. Box 15153,    Wilmington, DE 19886-5153
13888349       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13840868       +First Bankcard,    PO Box 2557,   Omaha, NE 68103-2557
13852155       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13846191       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
13889448        S&T Bank,   c/o David W. Raphael, Esquire,     Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13889447       +S&T Bank,   355 North 5th Street,    Indiana, PA 15701-1940
13840872       +S&T Bank,   PO Box 469,    Indiana, PA 15701-0469
13840877       +Sears Card,   PO Box 183081,    Columbus, OH 43218-3081
13840878       +Sears Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
13840882       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
13850201        Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13885253       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:46      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13840866       +E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,    PO Box 71084,
                 Charlotte, NC 28272-1084
13845224        E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13840869        E-mail/Text: bankruptcynotice@fcbanking.com May 29 2019 03:36:03      First Commonwealth Bank,
                 PO Box 400,   Indiana, PA 15701
13840870       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 04:01:13      GE Captial Retail Bank,
                 PO Box 960061,   Orlando, FL 32896-0061
13915488        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:48:34
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13840871        E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:00:59      Lowe's/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13903507        E-mail/PDF: pa_dc_claims@navient.com May 29 2019 03:48:25      Navient Solutions, Inc.,
                 P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13898625        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:47:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13867677        E-mail/Text: bnc-quantum@quantum3group.com May 29 2019 03:36:43
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13840875        E-mail/PDF: pa_dc_claims@navient.com May 29 2019 03:44:40      Sallie Mae,    PO Box 13611,
                 Philadelphia, PA 19101
13924583        E-mail/Text: ebn_bkrt_forms@salliemae.com May 29 2019 03:38:02      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE  19804-4319
13840876       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:00:53      Sam's Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
13840879       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com May 29 2019 03:36:17
                 State Farm Bank,    PO Box 77404,   Trenton, NJ 08628-6404
13920096       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com May 29 2019 03:36:17
                 State Farm Bank F.S.B.,    c/o Cenlar FSB,   425 Phillips Boulevard,    Ewing, NJ 08618-1430
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              State Farm Bank F.S.B.
13840880        Tiffany Nicholson
13840881        Tiffany Nicholson
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            +S&T Bank,   355 North 5th Street,    Indiana, PA 15701-1940
cr*             Sallie Mae,   PO Box 3319,    Wilmington, DE  19804-4319
13840873*      +S&T Bank,   PO Box 469,    Indiana, PA 15701-0469
13840874*      +S&T Bank,   PO Box 469,    Indiana, PA 15701-0469
                                                                                     TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: msch                  Page 2 of 2            Date Rcvd: May 28, 2019
                              Form ID: 408                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    State Farm Bank F.S.B. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James    Warmbrodt    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Ronald S. McAdams julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```