**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONALD S. MCADAMS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-70275 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 24, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/24/2014 and confirmed on 6/30/14 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,686.78 |
| Less Refunds to Debtor | 912.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,773.82 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,400.00 | |
|     Trustee Fee | 3,933.11 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,333.11 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   STATE FARM BANK FSB | 0.00 | 32,305.47 | 0.00 | 32,305.47 |
|     Acct: 9342 | | | | |
|   S & T BANK(*) | 0.00 | 19,599.30 | 0.00 | 19,599.30 |
|     Acct: 5526 | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 26,852.81 | 0.00 | 26,852.81 |
|     Acct: 2339 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4640 | | | | |
| | | | | 78,757.58 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD S. MCADAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD S. MCADAMS | 912.96 | 912.96 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S & T BANK(*) | 350.00 | 350.00 | 0.00 | 350.00 |
|     Acct: 5526 | | | | |
| | | | | 350.00 |
| **Unsecured** | | | | |
|   BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3199 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8626 | | | | |
|   DISCOVER BANK(*) | 946.92 | 197.75 | 0.00 | 197.75 |
|     Acct: 9032 | | | | |
|   FIA CARD SERVICES NA | 16,406.41 | 3,426.29 | 0.00 | 3,426.29 |
|     Acct: 4404 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 2,758.66 | 576.12 | 0.00 | 576.12 |
|     Acct: 9946 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 676.34 | 141.25 | 0.00 | 141.25 |

14-70275 JAD                                                                                           Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4613 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,024.48 | 213.95 | 0.00 | 213.95 |
| Acct: 4914 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7897 | | | | |
| SALLIE MAE | 3,216.76 | 671.79 | 0.00 | 671.79 |
| Acct: 1756 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 2,870.24 | 599.42 | 0.00 | 599.42 |
| Acct: 4032 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,542.97 | 739.91 | 0.00 | 739.91 |
| Acct: 5220 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 8,459.40 | 1,766.65 | 0.00 | 1,766.65 |
| Acct: 6772 | | | | |
| | | | | 8,333.13 |

| | | | | |
|---|---:|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | 87,440.71 |

TOTAL  
CLAIMED         350.00  
PRIORITY          0.00  
SECURED       39,902.18  

Date: 05/24/2019                                   /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　RONALD S. MCADAMS<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-70275 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                 Case No. 14-70275-JAD
Ronald S. McAdams                                                      Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch                  Page 1 of 2        Date Rcvd: May 28, 2019
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Ronald S. McAdams,    113 W. Brown Street,    Blairsville, PA 15717-1406
13840867      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,    PO Box 15019,    Wilmington, DE 19886-5019)
13840864       +Bank Card Services,    PO Box 84049,   Columbus, GA 31908-4049
13840865        Chase Card Service,    Card Member Services,   P. O. Box 15153,    Wilmington, DE 19886-5153
13888349       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13840868       +First Bankcard,    PO Box 2557,   Omaha, NE 68103-2557
13852155       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13846191       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
13889448        S&T Bank,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13889447       +S&T Bank,    355 North 5th Street,   Indiana, PA 15701-1940
13840872       +S&T Bank,    PO Box 469,   Indiana, PA 15701-0469
13840877       +Sears Card,    PO Box 183081,   Columbus, OH 43218-3081
13840878       +Sears Mastercard,    PO Box 183082,   Columbus, OH 43218-3082
13840882      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
13850201        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13885253       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13840866       +E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,    PO Box 71084,
                 Charlotte, NC 28272-1084
13845224        E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13840869        E-mail/Text: bankruptcynotice@fcbanking.com May 29 2019 03:36:05      First Commonwealth Bank,
                 PO Box 400,    Indiana, PA 15701
13840870       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:11:29       GE Captial Retail Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
13915488        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:48:35
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13840871        E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 04:01:13       Lowe's/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13903507        E-mail/PDF: pa_dc_claims@navient.com May 29 2019 03:46:31       Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13898625        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:48:21
                 Portfolio Recovery Associates, LLC,    POB 12941,    Norfolk VA 23541
13867677        E-mail/Text: bnc-quantum@quantum3group.com May 29 2019 03:36:47
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13840875        E-mail/PDF: pa_dc_claims@navient.com May 29 2019 03:46:34       Sallie Mae,    PO Box 13611,
                 Philadelphia, PA 19101
13924583        E-mail/Text: ebn_bkrt_forms@salliemae.com May 29 2019 03:38:02       Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
13840876       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 04:01:13       Sam's Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
13840879       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com May 29 2019 03:36:17
                 State Farm Bank,    PO Box 77404,   Trenton, NJ 08628-6404
13920096       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com May 29 2019 03:36:17
                 State Farm Bank F.S.B.,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              State Farm Bank F.S.B.
13840880        Tiffany Nicholson
13840881        Tiffany Nicholson
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            +S&T Bank,    355 North 5th Street,   Indiana, PA 15701-1940
cr*             Sallie Mae,    PO Box 3319,   Wilmington, DE 19804-4319
13840873*      +S&T Bank,    PO Box 469,   Indiana, PA 15701-0469
13840874*      +S&T Bank,    PO Box 469,   Indiana, PA 15701-0469
                                                                                  TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7           User: msch                  Page 2 of 2                  Date Rcvd: May 28, 2019
                               Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    State Farm Bank F.S.B. andygornall@latouflawfirm.com
              Brett A. Solomon     on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael     on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James    Warmbrodt    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Ronald S. McAdams julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland     on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```