| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Ronald S. McAdams** | Social Security number or ITIN  **xxx−xx−1756** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **14−70275−JAD** | | |

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Ronald S. McAdams

<u>6/24/19</u>                                                                                    **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                           **For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                      Case No. 14-70275-JAD
Ronald S. McAdams                                                           Chapter 13
      Debtor                         CERTIFICATE OF NOTICE
District/off: 0315-7         User: mgut                   Page 1 of 2                 Date Rcvd: Jun 24, 2019
                             Form ID: 3180W               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Ronald S. McAdams,    113 W. Brown Street,    Blairsville, PA 15717-1406
13840864       +Bank Card Services,    PO Box 84049,    Columbus, GA 31908-4049
13888349       +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13840868       +First Bankcard,    PO Box 2557,   Omaha, NE 68103-2557
13852155       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13846191       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
13889448        S&T Bank,    c/o David W. Raphael, Esquire,   Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,     Pittsburgh, PA 15222
13889447       +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
13840872       +S&T Bank,    PO Box 469,   Indiana, PA 15701-0469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 02:33:58      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA    17128-0946
13840867        EDI: BANKAMER.COM Jun 25 2019 06:13:00      FIA Card Services,    PO Box 15019,
                 Wilmington, DE 19886-5019
13885253       +E-mail/Text: bankruptcy@cavps.com Jun 25 2019 02:34:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13840865        EDI: CHASE.COM Jun 25 2019 06:13:00      Chase Card Service,    Card Member Services,
                 P. O. Box 15153,    Wilmington, DE 19886-5153
13840866       +EDI: DISCOVER.COM Jun 25 2019 06:13:00      Discover Bank,    PO Box 71084,
                 Charlotte, NC 28272-1084
13845224        EDI: DISCOVER.COM Jun 25 2019 06:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH    43054-3025
13840869        E-mail/Text: bankruptcynotice@fcbanking.com Jun 25 2019 02:33:39      First Commonwealth Bank,
                 PO Box 400,   Indiana, PA 15701
13840870       +EDI: RMSC.COM Jun 25 2019 06:13:00      GE Captial Retail Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
13915488        EDI: RESURGENT.COM Jun 25 2019 06:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13840871        EDI: RMSC.COM Jun 25 2019 06:13:00      Lowe's/GECRB,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
13903507        EDI: NAVIENTFKASMSERV.COM Jun 25 2019 06:13:00      Navient Solutions, Inc.,    P.O. Box 9640,
                 Wilkes-Barre, PA 18773-9640
13898625        EDI: PRA.COM Jun 25 2019 06:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13867677        EDI: Q3G.COM Jun 25 2019 06:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13840875        EDI: NAVIENTFKASMSERV.COM Jun 25 2019 06:13:00      Sallie Mae,    PO Box 13611,
                 Philadelphia, PA 19101
13924583        EDI: SALLIEMAEBANK.COM Jun 25 2019 06:13:00      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE    19804-4319
13840876       +EDI: RMSC.COM Jun 25 2019 06:13:00      Sam's Club,   PO Box 530942,    Atlanta, GA 30353-0942
13840877       +EDI: SEARS.COM Jun 25 2019 06:13:00      Sears Card,   PO Box 183081,    Columbus, OH 43218-3081
13840878       +EDI: SEARS.COM Jun 25 2019 06:13:00      Sears Mastercard,    PO Box 183082,
                 Columbus, OH 43218-3082
13840879       +EDI: STFM.COM Jun 25 2019 06:13:00      State Farm Bank,    PO Box 77404,
                 Trenton, NJ 08628-6404
13920096       +EDI: STFM.COM Jun 25 2019 06:13:00      State Farm Bank F.S.B.,    c/o Cenlar FSB,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
13840882        EDI: TFSR.COM Jun 25 2019 06:13:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197
13850201        EDI: TFSR.COM Jun 25 2019 06:13:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
                                                                                              TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              State Farm Bank F.S.B.
13840880        Tiffany Nicholson
13840881        Tiffany Nicholson
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
cr*             Sallie Mae,    PO Box 3319,   Wilmington, DE    19804-4319
13840873*      +S&T Bank,    PO Box 469,   Indiana, PA 15701-0469
13840874*      +S&T Bank,    PO Box 469,   Indiana, PA 15701-0469
                                                                                   TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-7          User: mgut              Page 2 of 2            Date Rcvd: Jun 24, 2019
                              Form ID: 3180W          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    State Farm Bank F.S.B. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Ronald S. McAdams julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```