IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONALD S. MCADAMS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-70275-JAD

Chapter 13

Related To Doc. No. 72

ORDER OF COURT

AND NOW, this 24th day of June, 2019 upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/24/19 6:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER           mas
U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 14-70275-JAD
Ronald S. McAdams                                                       Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-7          User: mgut                    Page 1 of 2                    Date Rcvd: Jun 24, 2019
                              Form ID: pdf900               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Ronald S. McAdams,    113 W. Brown Street,    Blairsville, PA 15717-1406
13840867      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,     PO Box 15019,    Wilmington, DE 19886-5019)
13840864       +Bank Card Services,    PO Box 84049,    Columbus, GA 31908-4049
13840865        Chase Card Service,    Card Member Services,    P. O. Box 15153,    Wilmington, DE 19886-5153
13888349       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13840868       +First Bankcard,    PO Box 2557,    Omaha, NE 68103-2557
13852155       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13846191       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
13889448        S&T Bank,   c/o David W. Raphael, Esquire,     Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13889447       +S&T Bank,   355 North 5th Street,     Indiana, PA 15701-1940
13840872       +S&T Bank,   PO Box 469,    Indiana, PA 15701-0469
13840877       +Sears Card,    PO Box 183081,    Columbus, OH 43218-3081
13840878       +Sears Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
13840882      ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
13850201        Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13885253       +E-mail/Text: bankruptcy@cavps.com Jun 25 2019 02:34:27      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13840866       +E-mail/Text: mrdiscen@discover.com Jun 25 2019 02:33:38      Discover Bank,    PO Box 71084,
                 Charlotte, NC 28272-1084
13845224        E-mail/Text: mrdiscen@discover.com Jun 25 2019 02:33:38      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13840869        E-mail/Text: bankruptcynotice@fcbanking.com Jun 25 2019 02:33:40       First Commonwealth Bank,
                 PO Box 400,    Indiana, PA 15701
13840870       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 02:29:31       GE Captial Retail Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
13915488        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 02:30:44
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13840871        E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 02:30:29       Lowe's/GECRB,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
13903507        E-mail/PDF: pa_dc_claims@navient.com Jun 25 2019 02:29:37       Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13898625        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 02:29:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13867677        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 02:33:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13840875        E-mail/PDF: pa_dc_claims@navient.com Jun 25 2019 02:30:35       Sallie Mae,   PO Box 13611,
                 Philadelphia, PA 19101
13924583        E-mail/Text: ebn_bkrt_forms@salliemae.com Jun 25 2019 02:34:32       Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
13840876       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 02:29:31       Sam's Club,   PO Box 530942,
                 Atlanta, GA 30353-0942
13840879       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jun 25 2019 02:33:47
                 State Farm Bank,    PO Box 77404,   Trenton, NJ 08628-6404
13920096       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jun 25 2019 02:33:47
                 State Farm Bank F.S.B.,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
                                                                                                TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              State Farm Bank F.S.B.
13840880        Tiffany Nicholson
13840881        Tiffany Nicholson
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            +S&T Bank,   355 North 5th Street,     Indiana, PA 15701-1940
cr*             Sallie Mae,    PO Box 3319,    Wilmington, DE 19804-4319
13840873*      +S&T Bank,   PO Box 469,    Indiana, PA 15701-0469
13840874*      +S&T Bank,   PO Box 469,    Indiana, PA 15701-0469
                                                                                   TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7           User: mgut                 Page 2 of 2                  Date Rcvd: Jun 24, 2019
                               Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    State Farm Bank F.S.B. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James   Warmbrodt    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Ronald S. McAdams julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland    on behalf of Creditor    State Farm Bank F.S.B. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```